UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSE HUAPE-RUVALCABA,<br><br>                Defendant. | Case No.: 25-cr-04583-DMS<br><br>ORDER CONTINUING MOTIONS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

Good cause appearing,

IT IS HEREBY ORDERED that the motions hearing in the above-captioned matter is continued to January 30, 2026 at 11:00 a.m. The time period between December 19, 2025, and January 30, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 12/18/2025

                                            HON. DANA M. SABRAW
                                            United States District Judge